Argued and submitted November 6, review dismissed as improvidently allowed
November 14, 1991

Richard Tommy BOWERS, Jr., a Minor,
by Brinda Lynne BOWERS, his guardian ad litem,
*Petitioner on Review,*

*v.*

OPPORTUNITIES FOR FAMILIES, INC.,
dba Josephine County Head Start,
*Respondent on Review,*

*and*

BELT BUILDING ASSOCIATION,
*Defendant.*

(CC 86-CV-267; CA A63451; SC S38072)

822 P2d 713

Wade V. Regier, Portland, argued the cause for petitioner on review. Also on the petition was Gary Bullock, P.C., Portland.

Robert L. Cowling, Portland, argued the cause for respondent on review. Also on the response was James A. Wallan, Portland.

Ridgway K. Foley, Jr., P.C., Portland, and Janet M. Schroer, of Schwabe, Williamson & Wyatt, Portland, filed a brief on behalf of *amicus curiae* Oregon Association of Defense Counsel.

Kathryn H. Clarke, Portland, and Robert K. Udziela, of Pozzi, Wilson, Atchison, O'Leary & Conboy, Portland, filed a brief on behalf of *amicus curiae* Oregon Trial Lawyers Association.

PER CURIAM

Review dismissed as improvidently allowed.